NGDP (1/30/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
November 27, 2023
Clerk, U.S. Bankruptcy Court
BY DEPUTY

In re  )
 **Lisa Jo Wood** )  Case No. **23–32728–pcm7**
Debtor(s) )
 ) NOTICE THAT DEBTOR IS
 ) INELIGIBLE FOR DISCHARGE
 )
 )
 )
 )

**NOTICE IS GIVEN THAT** upon review of previously filed bankruptcy cases of the debtor(s), the debtor (or at least one debtor if this is a joint case) is ineligible for a discharge pursuant to 11 U.S.C. §727(a)(8),(9), or §1328(f).

Any debtor wishing to contest the record must file a written objection with the clerk of court within 21 days from the "Filed" date of this notice.

    Clerk, U.S. Bankruptcy Court
    1050 SW 6th Ave. #700
    Portland, OR 97204